**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**
**Lestter D. Samayoa,**        CASE NO.: 6:18-bk-04373-KSJ
   **Debtor,**
                                                            **CHAPTER 13**
**Madeline R. Urla,**
  **Joint Debtor.**
_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Specialized Loan Servicing, LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #17), and states as follows:

1. Debtors, Lestter D. Samayoa ("Debtor") and Madelline R. Urla ("Joint Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 20, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 2731 Dodds Lane, Kissimmee, FL 34743, by virtue of a Mortgage recorded on March 2, 2007 in Book 03422, at Page 2633 of the Public Records of Osceola County, FL. Said Mortgage secures a Note in the amount of $136,082.00.

3. The Debtor filed a Chapter 13 Plan on August 17, 2018.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $44,950.03, whereas the Plan proposes to pay only $25,819.38. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $44,950.03 as the pre-petition arrearage over the life of the plan.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

    Robertson, Anschutz & Schneid, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By: /s/Nathalie Rodriguez
    Nathalie Rodriguez, Esquire
    FL Bar Number 125114
    Email: NRodriguez@rasflaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 29, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JEFFREY S BADGLEY
BADGLEY LAW GROUP
801 N MAGNOLIA AVENUE, SUITE 107
ORLANDO, FL  32803

LESTTER D. SAMAYOA
2731 DODDS LANE
KISSIMMEE, FL 34743

MADELLINE R. URLA
2731 DODDS LANE
KISSIMMEE, FL  34743

LAURIE K WEATHERFORD
STANDING CHAPTER 13 TRUSTEE
POST OFFICE BOX 3450
WINTER PARK, FL  32790

UNITED STATES TRUSTEE - ORL 7/13 7
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

       Robertson, Anschutz & Schneid, P.L.
       Attorney for Secured Creditor
       6409 Congress Ave., Suite 100
       Boca Raton, FL 33487
       Telephone: 561-241-6901
       Facsimile: 561-997-6909

       By: /s/Nathalie Rodriguez
       Nathalie Rodriguez, Esquire
       FL Bar Number 125114
       Email: NRodriguez@rasflaw.com